# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

NAUTILUS INSURANCE COMPANY
v.
FASTEEL, INC., IGBALLE BEGOLLI, and ROBERT LUCIW

Case Number:

FILED: APRIL 4, 2008
08CV1940        EDA
JUDGE MANNING
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NAUTILUS INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print) <br> Perry M. Shorris | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Perry M. Shorris | |
| FIRM <br> Bollinger Ruberry & Garvey | |
| STREET ADDRESS <br> 500 W. Madison, Ste. 2300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216843 | TELEPHONE NUMBER <br> 312-466-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |