# United States District Court for the Northern District of Illinois

Case Number: 08CV1940        Assigned/Issued By: J. N.

Judge Name:                  Designated Magistrate Judge:

## FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP         ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__3__ Original and __3__ copies on __4-8-08__ as to __ALL DEFENDANTS__
                                      (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05