# United States District Court for the Northern District of Illinois

Case Number: 08cv1940　　　　　　　　Assigned/Issued By: j. n.

Judge Name:　　　　　　　　　　　　　Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*　☐ $350.00　　☐ $39.00　　☐ $5.00

☐ IFP　　☐ No Fee　　☐ Other _____

☐ $455.00

Number of Service Copies _____　　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____　　Receipt #: _____

Date Payment Rec'd: _____　　　Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons　　　　　　　　　　　　　☑ Alias Summons

☐ Third Party Summons　　　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons　　_____
　　　　　　　　　　　　　　　　　　　_____
☐ Citation to Discover Assets　　　　　　(Victim, Against and $ Amount)

☐ Writ _____
　　　(Type of Writ)

__3__ Original and __3__ copies on __4-22-08__ as to __all defendants__
　　　　　　　　　　　　　　　　(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm　　03/14/05