AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

*Kenny* SUMMONS IN A CIVIL CASE

NAUTILUS INSURANCE COMPANY

CASE NUMBER: 1:08-CV-1940

V.

ASSIGNED JUDGE:

FASTEEL, INC., IGBALLE BEGOLLI, ROBERT LUCIW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

FASTEEL, INC., 5300 Main Street, Downers Grove, IL 60515.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Perry M. Shorris, Esq.
Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, IL 60661-2511

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 2 2 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 4/25/08 |
| NAME OF SERVER (PRINT) Tim Donnelly | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): LEFT W/ REGISTERED AGENT, RICK RANDICK, ATTORNEY. 5300 MAIN ST, DOWNERS GROVE, IL 60515

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/08       *Tim Donnelly*
            Date            Signature of Server

27 N. WACKER DR. 195, CHICAGO, IL 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.