# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1940 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Nautilus Insurance Co. Vs. Fasteel, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff having complied with this court's minute order of 4/18/2008 by filing its amended complaint, this case shall be reopened. Status hearing set to 6/10/2008 at 11:00 a.m. Defendants having been served, following the filing of all answers, counsel for the parties are to confer pursuant to Rule 26(f) and file a joint, proposed discovery scheduling plan report by 6/6/2008. The court urges the parties to discuss settlement.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|