UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FASTEEL, INC., IGBALLE BEGOLLI, and ) <br> ROBERT LUCIW, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:08-CV-1940 |

**JOINT STATUS REPORT**

COMES NOW Nautilus Insurance Company ("Nautilus") and Fasteel, Inc. ("Fasteel") and propose the following Joint Status Report pursuant to this Court's May 8, 2008 Order:

**I.   Initial Status**

All Defendants have been served in this case. To date, however, only defense counsel for Fasteel has made an appearance. Defendants Igballe Begolli ("Begolli") and Robert Luciw ("Luciw") have not made an appearance.

**II.   Status**

   **A.   Nature of the case**

Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this insurance declaratory judgment action involving alleged insurance coverage related to a November 27, 2006 vehicular accident involving Luciw and Begolli. As a result of the accident, Begolli filed a lawsuit bearing the caption *Igballe Begolli v. Robert Luciw, et al.*, Case No. 2006 L 013203 (the "Begolli Lawsuit"). In the present lawsuit, Nautilus seeks a determination that, based on certain policy

provisions, there is no coverage under an insurance policy Nautilus issued to Fasteel for any liability arising out of or related to the Begolli Lawsuit.

    **B.**    **Preparation of Draft Scheduling Order**

See attached Proposed Order.

    **C.**    **Trial Status**

        (1)    A Jury has not been requested.

        (2)    Probable length of trial, if necessary, is two to three days.

    **D.**    **Consent to Proceed Before Magistrate Judge**

The parties do not consent to proceed before a magistrate judge.

    **E.**    **Settlement Status**

        (1)    To date, the parties have not pursued any settlement because the nature of this dispute and the early stages of this litigation..

        (2)    At this time, the parties do not desire to hold a settlement conference.

RESPECTFULLY SUBMITTED THIS 9th day of June, 2008.

NAUTILUS INSURANCE COMPANY

    /s/ Perry M. Shorris
One of Nautilus' Attorneys

Perry M. Shorris, Esq.
Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, IL  60661-2511
(312) 466-8000
(312) 466-8001 – Fax

FASTEEL, INC.

/s/ Timothy Harold Okal
One of Fasteel's Attorneys

Timothy Harold Okal
Spina, McGuire & Okal
7610 West North Avenue
Elmwood Park, IL 60635
(708) 452-5088

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:08-CV-1940 |
| | ) | |
| FASTEEL, INC., IGBALLE BEGOLLI, and ROBERT LUCIW, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**PROPOSED JOINT SCHEDULING ORDER**

COMES NOW Nautilus Insurance Company ("Nautilus") and Fasteel, Inc. ("Fasteel") and propose the following Joint Scheduling Order for entry by this Court:

**1.     Joinder and Amendments**

The parties have sixty (60) days from the entry of this Order to join any additional parties and amend their pleadings.

**2.     Discovery**

    A.     The parties shall produce all documents and information set forth in Rule 26(a) within 14 days of the entry of this Order;

    B.     After the time period for Rule 26(a) Initial Disclosures has expired, the parties shall thereafter engage in written discovery for a period of sixty (60) days; and

    C.     After the time period for written discovery has expired, the parties shall thereafter engage in oral discovery for a period of sixty (60) days.

**3.    Motions**

After the close of discovery, the parties will have a period of ninety (90) days to file and serve any dispositive motions.

RESPECTFULLY SUBMITTED THIS 9th day of June, 2008.

                                                NAUTILUS INSURANCE COMPANY

                                                /s/ Perry M. Shorris
                                              One of Nautilus' Attorneys

Perry M. Shorris, Esq.
Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, IL  60661-2511
(312) 466-8000
(312) 466-8001 – Fax

                                              FASTEEL, INC.

                                                /s/ Timothy Harold Okal
                                              One of Fasteel's Attorneys

Timothy Harold Okal
Spina, McGuire & Okal
7610 West North Avenue
Elmwood Park, IL 60635
(708) 452-5088