## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1940 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Nautilus Insurance Company vs. Fasteel, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Case called for status, neither side appeared. The court adopts the proposed joint scheduling order. Rule 26(a) material shall be produced by 7/28/08. Written discovery shall close on 9/28/08. All discovery shall close on 11/28/08. Status hearing is set for 8/8/08 at 8:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|