# United States District Court, Northern District of Illinois

MHM

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge If Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1940 | **DATE** | 8/8/2008 |
| **CASE TITLE** | Nautilus Insurance Company v. Fasteel, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/23/08 at 9:30 a.m.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|